**Judge Berman**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



08 CV 3664

LEE ARNOLD, Derivatively on Behalf of ) Civil Action No.
ISTAR FINANCIAL INC., )
                                      )
                Plaintiff,            )
                                      ) RULE 7.1 STATEMENT
    vs.                               )
                                      )
JAY SUGARMAN, JAY S. NYDICK,          )
CATHERINE D. RICE, GLENN R. AUGUST,   )
ROBERT W. HOLMAN, JR., ROBIN          )
JOSEPHS, JOHN G. MCDONALD, GEORGE     )
R. PUSKAR, JEFFREY A. WEBER and       )
CARTER MCCLELLAND,                    )
                                      )
                Defendants,           )
                                      )
    -and-                             )
                                      )
ISTAR FINANCIAL INC., a Maryland      )
corporation,                          )
                                      )
                Nominal Defendant.    )
                                      )
_____)

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff Lee Arnold, Derivatively on Behalf of iStar Financial, Inc. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

No corporate parent
No publicly held affiliates or subsidiaries

Date: April 16, 2008                    _____
                                              Signature of Attorney

                                        Attorney Bar Code: TGA-1515