## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEE ARNOLD, Derivatively on Behalf of ISTAR FINANCIAL INC., | X Civil Action No. 08 CV 3664 (RMB) |
| Plaintiff, | : **NOTICE OF MOTION TO ADMIT JEFFREY** : **P. FINK *PRO HAC VICE*** |
| vs. | : |
| JAY SUGARMAN, JAY S. NYDICK, CATHERINE D. RICE, GLENN R. AUGUST, ROBERT W. HOLMAN, JR., ROBIN JOSEPHS, JOHN G. MCDONALD, GEORGE R. PUSKAR, JEFFREY A. WEBER and CARTER MCCLELLAND, | : : |
| Defendants, | : |
| -and- | : |
| ISTAR FINANCIAL INC., a Maryland corporation, | : |
| Nominal Defendant. | : X |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the

Southern and Eastern Districts of New York, I, Thomas G. Amon, a member in good standing of the

bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

| | |
|---|---|
| Applicant's Name: | Jeffrey P. Fink |
| Firm Name: | Robbins Umeda & Fink, LLP |
| Address: | 610 West Ash Street, Suite 1800 |
| | San Diego, CA 92101 |
| Telephone: | (619) 525-3990 |
| Facsimile: | (619) 525-3991 |
| E-mail: | jfink@ruflaw.com |

- 1 -

Jeffrey P. Fink is a member in good standing of the bar of the State of California.  There are no

pending disciplinary proceedings against Mr. Fink in any State or Federal Court.

DATED:  May 13, 2008                                    LAW OFFICES OF THOMAS G. AMON

                                                       _____
                                                       THOMAS G. AMON (TGA–1515)

                                                       250 West 57th Street,
                                                       Suite 1316
                                                       New York, New York 10107
                                                       Telephone: (212) 810-2430
                                                       Facsimile:  (212) 810-2427

                                                       ROBBINS UMEDA & FINK, LLP
                                                       BRIAN J. ROBBINS
                                                       JEFFREY P. FINK
                                                       MARK A. GOLOVACH
                                                       DANIEL R. FORDE
                                                       610 West Ash Street, Suite 1800
                                                       San Diego, CA 92101
                                                       Telephone: (619) 525-3990
                                                       Facsimile:  (619) 525-3991

                                                       Attorneys for Plaintiff

336992_1.DOC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEE ARNOLD, Derivatively on Behalf of ISTAR FINANCIAL INC., | XCivil Action No. 08 CV 3664 (RMB) |
| Plaintiff, | : |
| vs. | : **AFFIDAVIT OF THOMAS G. AMON IN** : **SUPPORT OF MOTION TO ADMIT** : **JEFFREY P. FINK *PRO HAC VICE*** |
| JAY SUGARMAN, JAY S. NYDICK, CATHERINE D. RICE, GLENN R. AUGUST, ROBERT W. HOLMAN, JR., ROBIN JOSEPHS, JOHN G. MCDONALD, GEORGE R. PUSKAR, JEFFREY A. WEBER and CARTER MCCLELLAND, | : : : : |
| Defendants, | : |
| -and- | : |
| ISTAR FINANCIAL INC., a Maryland corporation, | : : |
| Nominal Defendant. | : X |

State of New York    )
                     )    ss:
County of New York  )

Thomas G. Amon, being duly sworn, hereby deposes and says as follows:

1.      I am a partner with Law Offices of Thomas G. Amon, counsel for plaintiff Lee Arnold ("Plaintiff") in the above-captioned case. I am familiar with this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Jeffrey P. Fink as counsel *pro hac vice* to represent Plaintiff in this matter.

2.      I am a member in good standing of the bar of the State of New York, and was admitted to practice law on May 13, 1974. I am also admitted to the bar of the State of New York, and am in good standing with this Court.

- 1 -

3.      Jeffrey P. Fink is a partner with Robbins Umeda & Fink, LLP.  His business address is 610 West Ash Street, Suite 1800, San Diego, California 92101.

4.      A Certificate of Good Standing issued to Mr. Fink by the State Bar of California is annexed hereto as Exhibit A.

5.      I have found Mr. Fink to be a skilled attorney and a person of integrity.  He is experienced in Federal practice and is familiar with the Federal Rules of Civil Procedure.

6.      Accordingly, I am pleased to move the admission of Jeffrey P. Fink, *pro hac vice*.

7.      I respectfully submit a proposed order hereby granting the admission of Jeffrey P. Fink, *pro hac vice*, which is annexed hereto as Exhibit B.

WHEREFORE, it is respectfully requested that the motion to admit Jeffrey P. Fink, *pro hac vice*, to represent Plaintiff in the above-captioned matter, be granted.

DATED:  May 13, 2008                                LAW OFFICES OF THOMAS G. AMON

                                                    _____
                                                    THOMAS G. AMON (TGA–1515)

                                                    250 West 57th Street,
                                                    Suite 1316
                                                    New York, New York 10107
                                                    Telephone: (212) 810-2430
                                                    Facsimile:  (212) 810-2427

Sworn to before me this 13ᵗʰ
day of ___, 2008

_____
Notary Public

My Commission Expires:

LARRY H. WISE III
PUBLIC-STATE OF NEW YORK
No. 02WI6106451
Qualified in New York County
Commission Expires March 01, 2000

337692_1.DOC

- 2 -

# THE STATE BAR
# OF CALIFORNIA

**MEMBER SERVICES CENTER**

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1639                    TELEPHONE: 888-800-3400

April 25, 2008

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, JEFFREY PAUL FINK, #199291 was admitted to the practice of law in this state by the Supreme Court of California on December 9, 1998; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEE ARNOLD, Derivatively on Behalf of ISTAR FINANCIAL INC., | XCivil Action No. 08 CV 3664 (RMB) |
| Plaintiff, | **ORDER TO ADMIT JEFFREY P. FINK** *PRO HAC VICE* |
| vs. | |
| JAY SUGARMAN, JAY S. NYDICK, CATHERINE D. RICE, GLENN R. AUGUST, ROBERT W. HOLMAN, JR., ROBIN JOSEPHS, JOHN G. MCDONALD, GEORGE R. PUSKAR, JEFFREY A. WEBER and CARTER MCCLELLAND, | |
| Defendants, | |
| -and- | |
| ISTAR FINANCIAL INC., a Maryland corporation, | |
| Nominal Defendant. | |

Upon the motion of Thomas G. Amon, attorney for Plaintiff Lee Arnold ("Plaintiff"), and said sponsor attorney's affidavit in support, IT IS HEREBY ORDERED that:

| | |
|---|---|
| Applicant's Name: | Jeffrey P. Fink |
| Firm Name: | Robbins Umeda & Fink, LLP |
| Address: | 610 West Ash Street, Suite 1800 |
| | San Diego, CA 92101 |
| Telephone: | (619) 525-3990 |
| Facsimile: | (619) 525-3991 |
| E-mail: | jfink@ruflaw.com |

is admitted to practice *pro hac vice* as counsel for Plaintiff in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. As this action is assigned to the Electronic Case Filing (ECF), counsel shall immediately

- 1 -

apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the

Clerk of the Court.

DATED: _____, 2008
New York, New York

_____
Honorable Richard M. Berman
United States District Judge

337693_1.DOC

- 2 -

## UNITED STATES DISTRICT COURT

### SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEE ARNOLD, Derivatively on Behalf of ISTAR FINANCIAL INC., | XCivil Action No. 08 CV 3664 (RMB) |
| Plaintiff, | **AFFIDAVIT OF SERVICE** |
| vs. | |
| JAY SUGARMAN, JAY S. NYDICK, CATHERINE D. RICE, GLENN R. AUGUST, ROBERT W. HOLMAN, JR., ROBIN JOSEPHS, JOHN G. MCDONALD, GEORGE R. PUSKAR, JEFFREY A. WEBER and CARTER MCCLELLAND, | |
| Defendants, | |
| -and- | |
| ISTAR FINANCIAL INC., a Maryland corporation, | |
| Nominal Defendant. | |

X

LINETIA SHARPE, being duly sworn deposes and says:

I am over 18 years of age and am not a party to above-captioned action.

On Tuesday, May 13, 2008, I served a copy of the accompanying Notice of Motion upon the defendants, Jay Sugarman, et al., by mailing a copy of it to their counsel of record in the action in a first class postpaid envelope that I deposited in an official depository under the exclusive care and custody of the United States Postal Service within the State, addressed to their counsel as follows:

> David H. Kistenbroker
> Katten Muchin Rosenman LLP
> 575 Madison Avenue
> New York, NY 10022

that being the address designated by them for that purpose, and at which they maintained an office.

Dated: New York, New York
        May 13, 2008

_____
Linetia Sharpe

Sworn to before me
this _13th_ day of May, 2008

_____
NOTARY PUBLIC

Thomas G. Amon
Notary Public, State of New York
No. 02AM6059182
Qualified in New York County
Commission Expires May 21, 2009