UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEE ARNOLD, Derivatively on Behalf of ISTAR FINANCIAL INC., | X Civil Action No. 08 CV 3664 (RMB) |
| Plaintiff, | **NOTICE OF MOTION TO ADMIT DANIEL R. FORDE *PRO HAC VICE*** |
| vs. | |
| JAY SUGARMAN, JAY S. NYDICK, CATHERINE D. RICE, GLENN R. AUGUST, ROBERT W. HOLMAN, JR., ROBIN JOSEPHS, JOHN G. MCDONALD, GEORGE R. PUSKAR, JEFFREY A. WEBER and CARTER MCCLELLAND, | |
| Defendants, | |
| -and- | |
| ISTAR FINANCIAL INC., a Maryland corporation, | |
| Nominal Defendant. | X |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Thomas G. Amon, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

| | |
|---|---|
| Applicant's Name: | Daniel R. Forde |
| Firm Name: | Robbins Umeda & Fink, LLP |
| Address: | 610 West Ash Street, Suite 1800 |
| | San Diego, CA 92101 |
| Telephone: | (619) 525-3990 |
| Facsimile: | (619) 525-3991 |
| E-mail: | dforde@ruflaw.com |

- 1 -

- 2 -

Daniel R. Forde is a member in good standing of the bar of the State of California. There are no pending disciplinary proceedings against Mr. Forde in any State or Federal Court.

DATED: May 13, 2008 LAW OFFICES OF THOMAS G. AMON

*/s/ Thomas G. Amon*
THOMAS G. AMON (TGA–1515)

250 West 57th Street,
Suite 1316
New York, New York 10107
Telephone: (212) 810-2430
Facsimile: (212) 810-2427

ROBBINS UMEDA & FINK, LLP
BRIAN J. ROBBINS
JEFFREY P. FINK
MARK A. GOLOVACH
DANIEL R. FORDE
610 West Ash Street, Suite 1800
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991

Attorneys for Plaintiff

337698_1.DOC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEE ARNOLD, Derivatively on Behalf of ISTAR FINANCIAL INC., <br><br>           Plaintiff,<br><br>vs.<br><br>JAY SUGARMAN, JAY S. NYDICK, CATHERINE D. RICE, GLENN R. AUGUST, ROBERT W. HOLMAN, JR., ROBIN JOSEPHS, JOHN G. MCDONALD, GEORGE R. PUSKAR, JEFFREY A. WEBER and CARTER MCCLELLAND,<br><br>           Defendants,<br><br>-and-<br><br>ISTAR FINANCIAL INC., a Maryland corporation,<br><br>           Nominal Defendant. | Civil Action No. 08 CV 3664 (RMB)<br><br>**AFFIDAVIT OF THOMAS G. AMON IN SUPPORT OF MOTION TO ADMIT DANIEL R. FORDE *PRO HAC VICE*** |

State of New York   )
                             ) ss:
County of New York )

     Thomas G. Amon, being duly sworn, hereby deposes and says as follows:

     1.     I am a partner with Law Offices of Thomas G. Amon, counsel for plaintiff Lee Arnold ("Plaintiff") in the above-captioned case. I am familiar with this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Daniel R. Forde as counsel *pro hac vice* to represent Plaintiff in this matter.

     2.     I am a member in good standing of the bar of the State of New York, and was admitted to practice law on May 3, 1974. I am also admitted to the bar of the State of New York, and am in good standing with this Court.

3. Daniel R. Forde is an associate with Robbins Umeda & Fink, LLP. His business address is 610 West Ash Street, Suite 1800, San Diego, California 92101.

4. A Certificate of Good Standing issued to Mr. Forde by the State Bar of California is annexed hereto as Exhibit A.

5. I have found Mr. Forde to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Civil Procedure.

6. Accordingly, I am pleased to move the admission of Daniel R. Forde, *pro hac vice*.

7. I respectfully submit a proposed order hereby granting the admission of Daniel R. Forde, *pro hac vice*, which is annexed hereto as Exhibit B.

WHEREFORE, it is respectfully requested that the motion to admit Daniel R. Forde, *pro hac vice*, to represent Plaintiff in the above-captioned matter, be granted.

DATED: May 13, 2008

LAW OFFICES OF THOMAS G. AMON

_____
THOMAS G. AMON (TGA-1515)

250 West 57th Street,
Suite 1316
New York, New York 10107
Telephone: (212) 810-2430
Facsimile: (212) 810-2427

Sworn to before me this 13th
Day of May, 2008

_____
Notary Public

My Commission Expires:
HARRY H. WISE III
NOTARY PUBLIC-STATE OF NEW YORK
No. 02WI6106451
Qualified In New York County
Commission Expires March 01, 2010

337701_1.DOC

**THE STATE BAR OF CALIFORNIA**

MEMBER SERVICES CENTER

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1639

TELEPHONE: 888-800-3400

April 25, 2008

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, DANIEL ROBERT FORDE, #248461 was admitted to the practice of law in this state by the Supreme Court of California on February 23, 2007; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEE ARNOLD, Derivatively on Behalf of ISTAR FINANCIAL INC., <br><br> Plaintiff, <br><br> vs. <br><br> JAY SUGARMAN, JAY S. NYDICK, CATHERINE D. RICE, GLENN R. AUGUST, ROBERT W. HOLMAN, JR., ROBIN JOSEPHS, JOHN G. MCDONALD, GEORGE R. PUSKAR, JEFFREY A. WEBER and CARTER MCCLELLAND, <br><br> Defendants, <br><br> -and- <br><br> ISTAR FINANCIAL INC., a Maryland corporation, <br><br> Nominal Defendant. | Civil Action No. 08 CV 3664 (RMB) <br><br> **ORDER TO ADMIT DANIEL R. FORDE** *PRO HAC VICE* |

Upon the motion of Thomas G. Amon, attorney for Plaintiff Lee Arnold ("Plaintiff"), and said sponsor attorney's affidavit in support, IT IS HEREBY ORDERED that:

| | |
|---|---|
| Applicant's Name: | Daniel R. Forde |
| Firm Name: | Robbins Umeda & Fink, LLP |
| Address: | 610 West Ash Street, Suite 1800 |
| | San Diego, CA 92101 |
| Telephone: | (619) 525-3990 |
| Facsimile: | (619) 525-3991 |
| E-mail: | dforde@ruflaw.com |

is admitted to practice *pro hac vice* as counsel for Plaintiff in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. As this action is assigned to the Electronic Case Filing (ECF), counsel shall immediately

- 1 -

- 2 -

apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

DATED: _____, 2008
New York, New York

_____
Honorable Richard M. Berman
United States District Judge

337696_1.DOC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEE ARNOLD, Derivatively on Behalf of ISTAR FINANCIAL INC., | X Civil Action No. 08 CV 3664 (RMB) |
| Plaintiff, | AFFIDAVIT OF SERVICE |
| vs. | |
| JAY SUGARMAN, JAY S. NYDICK, CATHERINE D. RICE, GLENN R. AUGUST, ROBERT W. HOLMAN, JR., ROBIN JOSEPHS, JOHN G. MCDONALD, GEORGE R. PUSKAR, JEFFREY A. WEBER and CARTER MCCLELLAND, | |
| Defendants, | |
| -and- | |
| ISTAR FINANCIAL INC., a Maryland corporation, | |
| Nominal Defendant. | |

LINETIA SHARPE, being duly sworn deposes and says:

I am over 18 years of age and am not a party to above-captioned action.

On Tuesday, May 13, 2008, I served a copy of the accompanying Notice of Motion upon the defendants, Jay Sugarman, et al., by mailing a copy of it to their counsel of record in the action in a first class postpaid envelope that I deposited in an official depository under the exclusive care and custody of the United States Postal Service within the State, addressed to their counsel as follows:

> David H. Kistenbroker
> Katten Muchin Rosenman LLP
> 575 Madison Avenue
> New York, NY 10022

that being the address designated by them for that purpose, and at which they maintained an office.

Dated: New York, New York
May 13, 2008

_____
Linetia Sharpe

Sworn to before me
this /3rd day of May, 2008

_____
NOTARY PUBLIC

Thomas G. Amon
Notary Public, State of New York
No. 02AM6059182
Qualified in New York County
Commission Expires May 21, 2009