UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEE ARNOLD, Derivatively on Behalf of ISTAR FINANCIAL INC., | Civil Action No. 08 CV 3664 (RMB) |
| Plaintiff, | **ORDER TO ADMIT JEFFREY P. FINK** *PRO HAC VICE* |
| vs. | |
| JAY SUGARMAN, JAY S. NYDICK, CATHERINE D. RICE, GLENN R. AUGUST, ROBERT W. HOLMAN, JR., ROBIN JOSEPHS, JOHN G. MCDONALD, GEORGE R. PUSKAR, JEFFREY A. WEBER and CARTER MCCLELLAND, | 5/19/08 |
| Defendants, | |
| -and- | |
| ISTAR FINANCIAL INC., a Maryland corporation, | |
| Nominal Defendant. | |

Upon the motion of Thomas G. Amon, attorney for Plaintiff Lee Arnold ("Plaintiff"), and said sponsor attorney's affidavit in support, IT IS HEREBY ORDERED that:

| | |
|---|---|
| Applicant's Name: | Jeffrey P. Fink |
| Firm Name: | Robbins Umeda & Fink, LLP |
| Address: | 610 West Ash Street, Suite 1800 |
| | San Diego, CA 92101 |
| Telephone: | (619) 525-3990 |
| Facsimile: | (619) 525-3991 |
| E-mail: | jfink@ruflaw.com |

is admitted to practice *pro hac vice* as counsel for Plaintiff in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. As this action is assigned to the Electronic Case Filing (ECF), counsel shall immediately

apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

DATED: __5/19__, 2008  
New York, New York

_____RMB_____  
Honorable Richard M. Berman  
United States District Judge

337693_1.DOC