Matthew D. Parrott (MP-4623)
KATTEN MUCHIN ROSENMAN LLP
575 Madison Avenue
New York, NY 10022
Tel:   (212) 940-8800
Fax:   (212) 940-8776
Email: m.parrott@kattenlaw.com

Attorneys for Defendants
*Jay Sugarman, Jay S. Nydick, Catherine D. Rice,
Glenn R. August, Robert W. Holman, Jr., Robin Josephs,
John G. McDonald, George R. Puskar, Jeffrey A. Weber,*
and *Carter McClelland*

**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| LEE ARNOLD, Derivatively on Behalf of ISTAR FINANCIAL INC., | : |
| Plaintiff, | : |
| vs. | : 08 CV 3664 (RWS) |
| JAY SUGARMAN, JAY S. NYDICK, CATHERINE D. RICE, GLENN R. AUGUST, ROBERT W. HOLMAN, JR., ROBIN JOSEPHS, JOHN G. MCDONALD, GEORGE R. PUSKAR, JEFFREY A. WEBER and CARTER MCCLELLAND, | : **NOTICE OF APPEARANCE** |
| Defendants, | : |
| -and- | : |
| ISTAR FINANCIAL INC., a Maryland corporation, | : |
| Nominal Defendant. | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

PLEASE TAKE NOTICE that we are retained by and appear as counsel for defendants

Jay Sugarman, Jay S. Nydick, Catherine D. Rice, Glenn R. August, Robert W. Holman, Jr.,

Robin Josephs, John G. McDonald, George R. Puskar, Jeffrey A. Weber, and Carter

McClelland (the "Individual Defendants"), and demand that all notices and papers herein be served on us at our address given below.

Dated: New York, New York
       June 12, 2008

                                    KATTEN MUCHIN ROSENMAN, LLP

                              By: _____
                                    Matthew D. Parrott (MP-4623)

                                    575 Madison Avenue
                                    New York, NY 10022-2585
                                    Tel:   (212) 940-8800
                                    Fax:   (212) 940-8776
                                    Email: m.parrott@kattenlaw.com

*Attorneys for Defendants Jay Sugarman, Jay S. Nydick, Catherine D. Rice, Glenn R. August, Robert W. Holman, Jr., Robin Josephs, John G. McDonald, George R. Puskar, Jeffrey A. Weber, and Carter McClelland*