Matthew D. Parrott (MDP-4623)
KATTEN MUCHIN ROSENMAN LLP
575 Madison Avenue
New York, NY 10022
(212) 940-8800

SCANNED

Attorneys for Defendants
*Jay Sugarman, Jay S. Nydick, Catherine D. Rice,*
*Glenn R. August, Robert W. Holman, Jr., Robin Josephs,*
*John G. McDonald, George R. Puskar, Jeffrey A. Weber,*
and *Carter McClelland*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
– – – – – – – – – – – – – – – – – – – – – – – – – – – – – x

| | |
|---|---|
| LEE ARNOLD, Derivatively on Behalf of ISTAR FINANCIAL INC., | ) ) Case No. 1:08-cv-03664-RWS |
| Plaintiff, | ) ) ECF Case ) |
| vs. | ) **NOTICE OF MOTION TO** ) **ADMIT DAVID H.** ) **KISTENBROKER** *PRO HAC* |
| JAY SUGARMAN, JAY S. NYDICK, CATHERINE D. RICE, GLENN R. AUGUST, ROBERT W. HOLMAN, JR., ROBIN JOSEPHS, JOHN G. MCDONALD, GEORGE R. PUSKAR, JEFFREY A. WEBER and CARTER MCCLELLAND, | ) *VICE* ) ) ) ) ) ) |
| Defendants, | ) ) |
| -and- | ) ) |
| ISTAR FINANCIAL INC., a Maryland corporation, | ) ) ) |
| Nominal Defendant. | ) ) ) |

– – – – – – – – – – – – – – – – – – – – – – – – – – – – – x

**PLEASE TAKE NOTICE** that, upon the attached Affidavit of Matthew D. Parrott,

dated June 13, 2008 and the exhibits attached thereto, and upon all prior pleadings and

proceedings had herein, defendants Jay Sugarman, Jay S. Nydick, Catherine D. Rice, Glenn R.

August, Robert W. Holman, Jr., Robin Josephs, John G. McDonald, George R. Puskar, Jeffrey

A. Weber, and Carter McClelland will move this Court before the Honorable Robert W. Sweet,

at the United States Courthouse, 500 Pearl St., New York, New York, for an Order pursuant to

Rule 1.3(c) of the Local Civil Rules of this Court, allowing the admission *pro hac vice* of

Mr. David H. Kistenbroker
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street, Suite 1900
Chicago, Illinois 60661
Tel:    (312) 902-5452
Fax:    (312) 577-4481
david.kistenbroker@kattenlaw.com

David H. Kistenbroker is a partner of the law firm of Katten Muchin Rosenman LLP and a

member in good standing of the Bar of the States of Illinois and Wisconsin; the United States

Supreme Court; the Courts of Appeals for the Second, Sixth, Seventh and Eighth Circuits; and

the United States District Courts for the Northern District of Illinois and the Eastern District of

Wisconsin.  There is no pending disciplinary proceeding against Mr. Kistenbroker in any State or

Federal Court.

Dated:  New York, New York
        June 13, 2008

                                KATTEN MUCHIN ROSENMAN, LLP

                                By: _____
                                    Matthew D. Parrott (MDP-4623)

                                    575 Madison Avenue
                                    New York, NY 10022
                                    Tel:    (212) 940-8800
                                    Fax:    (212) 940-8776
                                    m.parrott@kattenlaw.com

                                    *Attorneys for Defendants Jay Sugarman, Jay
                                    S. Nydick, Catherine D. Rice, Glenn R.
                                    August, Robert W. Holman, Jr., Robin
                                    Josephs, John G. McDonald, George R.
                                    Puskar, Jeffrey A. Weber, and Carter
                                    McClelland*

*Served on:*
Thomas G. Amon
LAW OFFICES OF THOMAS G. AMON
250 West 57th Street, Suite 1316
New York, NY 10107
Tel:    (212) 810-2430
Fax:    (212) 810-2427

Brian J. Robbins
ROBBINS UMEDA & FINK, LLP
610 West Ash Street, Suite 1800
San Diego, CA 92101
Tel:    (619) 525-3990
Fax:    (619) 525-3991

Matthew D. Parrott (MDP-4623)
KATTEN MUCHIN ROSENMAN LLP
575 Madison Avenue
New York, NY 10022
(212) 940-8800

Attorneys for Defendants
*Jay Sugarman, Jay S. Nydick, Catherine D. Rice,*
*Glenn R. August, Robert W. Holman, Jr., Robin Josephs,*
*John G. McDonald, George R. Puskar, Jeffrey A. Weber,*
and *Carter McClelland*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

– – – – – – – – – – – – – – – – – – – – – – – – – – – – x

| | | |
|---|---|---|
| LEE ARNOLD, Derivatively on Behalf of ISTAR FINANCIAL INC., | ) ) ) | Case No. 1:08-cv-03664-RWS |
| | ) | ECF Case |
| Plaintiff, | ) ) | |
| | ) | **AFFIDAVIT OF MATTHEW** |
| vs. | ) ) | **D. PARROTT IN SUPPORT OF ADMISSION OF DAVID** |
| JAY SUGARMAN, JAY S. NYDICK, CATHERINE D. RICE, GLENN R. AUGUST, ROBERT W. HOLMAN, JR., ROBIN JOSEPHS, JOHN G. MCDONALD, GEORGE R. PUSKAR, JEFFREY A. WEBER and CARTER MCCLELLAND, | ) ) ) ) ) ) ) ) | **H. KISTENBROKER** *PRO HAC VICE* |
| Defendants, | ) ) ) | |
| -and- | ) ) | |
| ISTAR FINANCIAL INC., a Maryland corporation, | ) ) ) | |
| Nominal Defendant. | ) ) ) | |

– – – – – – – – – – – – – – – – – – – – – – – – – – – – x

STATE OF NEW YORK     )
                                            )   ss:
COUNTY OF NEW YORK  )

**MATTHEW D. PARROTT**, being duly sworn, hereby deposes and says:

1.       I am a partner of the law firm Katten Muchin Rosenman LLP, counsel for

Individual Defendants Jay Sugarman, Jay S. Nydick, Catherine D. Rice, Glenn R. August,

Robert W. Holman, Jr., Robin Josephs, John G. McDonald, George R. Puskar, Jeffrey A. Weber

and Carter McClelland (collectively, the "Individual Defendants") in the above-captioned action.

I am familiar with the proceedings in this case.  I submit this affidavit in support of the

Individual Defendants' motion, pursuant to Rule 1.3(c) of the Local Rules of this Court, for admission of David H. Kistenbroker to the Bar of this Court *pro hac vice*.

2.      I am a member in good standing of the Bar of the State of New York, and was admitted to practice law on June 25, 1997. I also am admitted to the Bar of the United States District Court for the Southern and Eastern Districts of New York and the Courts of Appeals for the Second and Sixth Circuits. I am in good standing with this Court.

3.      Mr. Kistenbroker is a partner of the law firm of Katten Muchin Rosenman LLP, which has offices at 525 W. Monroe Street, Suite 1900, Chicago Illinois, 60661. I believe that he is of, and will act with, the highest integrity. Mr. Kistenbroker is a member in good standing of the Bar of the States of Illinois and Wisconsin; the United States Supreme Court; the Courts of Appeals for the Second, Sixth, Seventh and Eighth Circuits; and the United States District Courts for the Northern District of Illinois and the Eastern District of Wisconsin.

4.      Attached hereto as Exhibit "A" is an affidavit from Mr. Kistenbroker and a Certificate from the State Bar of the State of Illinois reflecting that Mr. Kistenbroker is an active member in good standing of that Bar.

5.      Accordingly, I respectfully request that this Court enter an order admitting David H. Kistenbroker *pro hac vice* to the Bar of this Court. Attached hereto as Exhibit "B" is a proposed Order.

_____
Matthew D. Parrott

Sworn to before me this
13th day of June, 2008

_____
Notary Public

VIVIEN E. LEWIS
NOTARY PUBLIC, State of New York
No. 01LE6046604
Qualified in New York County
Commission Expires September 25, 2010

Matthew D. Parrott (MDP-4623)
KATTEN MUCHIN ROSENMAN LLP
575 Madison Avenue
New York, NY 10022
(212) 940-8800

Attorneys for Defendants
*Jay Sugarman, Jay S. Nydick, Catherine D. Rice,*
*Glenn R. August, Robert W. Holman, Jr., Robin Josephs,*
*John G. McDonald, George R. Puskar, Jeffrey A. Weber,*
and *Carter McClelland*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

– – – – – – – – – – – – – – – – – – – – – – – – – – – – x

| | |
|---|---|
| LEE ARNOLD, Derivatively on Behalf of<br>ISTAR FINANCIAL INC., | Case No. 1:08-cv-03664-RWS |
| Plaintiff, | ECF Case |
| vs. | **AFFIDAVIT OF DAVID H.<br>KISTENBROKER IN<br>SUPPORT OF ADMISSION<br>*PRO HAC VICE*** |
| JAY SUGARMAN, JAY S. NYDICK, CATHERINE D.<br>RICE, GLENN R. AUGUST, ROBERT W. HOLMAN,<br>JR., ROBIN JOSEPHS, JOHN G. MCDONALD,<br>GEORGE R. PUSKAR, JEFFREY A. WEBER and<br>CARTER MCCLELLAND, | |
| Defendants, | |
| -and- | |
| ISTAR FINANCIAL INC., a Maryland corporation, | |
| Nominal Defendant. | |

– – – – – – – – – – – – – – – – – – – – – – – – – – – – x

| | | |
|---|---|---|
| STATE OF ILLINOIS | ) | |
| | ) | ss: |
| COUNT OF COOK | ) | |

**DAVID H. KISTENBROKER**, being duly sworn, deposes and says:

1.      I submit this affidavit in support of the motion that I be permitted to appear *pro hac* vice in this case.

2.      I am a partner of the law firm Katten Muchin Rosenman LLP, counsel for Individual Defendants Jay Sugarman, Jay S. Nydick, Catherine D. Rice, Glenn R. August,

Robert W. Holman, Jr., Robin Josephs, John G. McDonald, George R. Puskar, Jeffrey A. Weber and Carter McClelland in the above-captioned action.

3.     I am a member in good standing of the Bar of the States of Illinois and Wisconsin; the United States Supreme Court; the Courts of Appeals for the Second, Sixth, Seventh and Eighth Circuits; and the United States District Courts for the Northern District of Illinois and the Eastern District of Wisconsin.

4.     Attached hereto as Exhibit "1" is a Certificate from the State Bar of the State of Illinois reflecting that I am an active member in good standing of that Bar.

5.     There are no disciplinary proceedings pending against me in any jurisdiction, nor have I ever been the subject of any disciplinary hearing.

6.     I am familiar with the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the Southern District of New York and am willing and able to comply with each of the Rules.

David H. Kistenbroker

Sworn to before me this
12th day of June , 2008

Notary Public

"OFFICIAL SEAL"
SARA MEDINA
Notary Public, State of Illinois
My Commission Expires April 7, 2011

# Certificate of Admission
# To the Bar of Illinois

I, Juleann Hornyak, Clerk of the Supreme Court of Illinois, do hereby certify that

David H. Kistenbroker

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on October 29, 1980 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto
placed my hand and affixed the seal
of said Supreme Court, at Springfield,
in said State, this Monday, May 19, 2008.

*Juleann Hornyak*

Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
— — — — — — — — — — — — — — — — — — — — — — — — — — — —x
LEE ARNOLD, Derivatively on Behalf of ) Case No. 1:08-cv-03664-RWS
ISTAR FINANCIAL INC., )
  )
                 ) ECF Case
               Plaintiff, )
  )
vs. )
  ) **ORDER**
JAY SUGARMAN, JAY S. NYDICK, CATHERINE D. )
RICE, GLENN R. AUGUST, ROBERT W. HOLMAN, )
JR., ROBIN JOSEPHS, JOHN G. MCDONALD, )
GEORGE R. PUSKAR, JEFFREY A. WEBER and )
CARTER MCCLELLAND, )
  )
               Defendants, )
  )
    -and- )
  )
ISTAR FINANCIAL INC., a Maryland corporation, )
  )
               Nominal Defendant. )
  )
— — — — — — — — — — — — — — — — — — — — — — — — — — — —x

        Upon motion of Matthew D. Parrott of Katten Muchin Rosenman LLP, attorneys for

Individual Defendants Jay Sugarman, Jay S. Nydick, Catherine D. Rice, Glenn R. August,

Robert W. Holman, Jr., Robin Josephs, John G. McDonald, George R. Puskar, Jeffrey A. Weber

and Carter McClelland, and said sponsor's affidavit in support;

**IT IS HEREBY ORDERED** that

       David H. Kistenbroker
       KATTEN MUCHIN ROSENMAN LLP
       525 West Monroe Street, Suite 1900
       Chicago, Illinois 60661
       Tel:    (312) 902-5452
       Fax:   (312) 577-4481
       david.kistenbroker@kattenlaw.com

is admitted, *pro hac vice*, as counsel for Individual Defendants Jay Sugarman, Jay S. Nydick,

Catherine D. Rice, Glenn R. August, Robert W. Holman, Jr., Robin Josephs, John G. McDonald,

George R. Puskar, Jeffrey A. Weber and Carter McClelland in the above-captioned case in the

United States District Court for the Southern District of New York. All attorneys appearing

before this Court are subject to the Local Rules of this Court, including rules governing

discipline of attorneys.  As this action is assigned to the Electronic Case Filing (ECF) system,

counsel shall immediately apply for an ECF password.  Counsel shall forward the *pro hac vice*

fee to the Clerk of Court.

Dated: New York, New York

        _____, 2008

                                  _____

                                      Hon. Robert W. Sweet, U.S.D.J.

STATE OF NEW YORK      )
                                    :      ss.:      AFFIDAVIT OF SERVICE BY MAIL
COUNTY OF NEW YORK   )


            JULIAN SANTOS, being duly sworn, deposes and says:

            1.      I am not a party to this action, am over 18 years of age, and am employed

by the firm of Katten Muchin Rosenman LLP.

            2.      On the 13th day of June, 2008, I served the annexed **NOTICE OF**

**MOTION TO ADMIT *PRO HAC VICE***  in this action, upon the following at the addresses

indicated, by depositing a true copy thereof, enclosed in properly addressed postpaid wrappers

marked first class mail, in an official depository of the United States Postal Service within the

State of New York:

Thomas G. Amon                             Brian J. Robbins
Law Offices of Thomas G. Amon              Robbins Umeda & Fink, LLP
250 West 57th Street, Suite 1316           610 West Ash Street, Suite 1800
New York, NY 10107                         San Diego, CA 92101


                                                JULIAN SANTOS


Sworn to before me this
_13__ day of June, 2008

_____
        Notary Public

DARIEN PEREYRA
NOTARY PUBLIC, State of New York
No. 01PE6178245
Qualified in New York County
Commission Expires October 09, 2011