UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x
LEE ARNOLD, Derivatively on Behalf of ) Case No. 1:08-cv-03664-RWS
ISTAR FINANCIAL INC.,                 )
                                      ) ECF Case
                     Plaintiff,       )
                                      )
     vs.                              )
                                      ) **ORDER**
JAY SUGARMAN, JAY S. NYDICK, CATHERINE D. )
RICE, GLENN R. AUGUST, ROBERT W. HOLMAN, )
JR., ROBIN JOSEPHS, JOHN G. MCDONALD,  )
GEORGE R. PUSKAR, JEFFREY A. WEBER and )
CARTER MCCLELLAND,                    )
                                      )
                     Defendants,      )
                                      )
     -and-                            )
                                      )
ISTAR FINANCIAL INC., a Maryland corporation, )
                                      )
                     Nominal Defendant. )
                                      )
------------------------------x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/26/08
```

Upon motion of Matthew D. Parrott of Katten Muchin Rosenman LLP, attorneys for Individual Defendants Jay Sugarman, Jay S. Nydick, Catherine D. Rice, Glenn R. August, Robert W. Holman, Jr., Robin Josephs, John G. McDonald, George R. Puskar, Jeffrey A. Weber and Carter McClelland, and said sponsor's affidavit in support;

**IT IS HEREBY ORDERED** that

> David H. Kistenbroker
> KATTEN MUCHIN ROSENMAN LLP
> 525 West Monroe Street, Suite 1900
> Chicago, Illinois 60661
> Tel:  (312) 902-5452
> Fax:  (312) 577-4481
> david.kistenbroker@kattenlaw.com

is admitted, *pro hac vice*, as counsel for Individual Defendants Jay Sugarman, Jay S. Nydick, Catherine D. Rice, Glenn R. August, Robert W. Holman, Jr., Robin Josephs, John G. McDonald, George R. Puskar, Jeffrey A. Weber and Carter McClelland in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing

before this Court are subject to the Local Rules of this Court, including rules governing discipline of attorneys. As this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: New York, New York

    6.24, 2008

                                                      Hon. Robert W. Sweet, U.S.D.J.

50486984v5