# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF NEW YORK

LEE ARNOLD, Derivatively on Behalf of
ISTAR FINANCIAL INC.,

              Plaintiff,

   vs.

JAY SUGARMAN, JAY S. NYDICK,
CATHERINE D. RICE, GLENN R. AUGUST,
ROBERT W. HOLMAN, JR., ROBIN
JOSEPHS, JOHN G. MCDONALD, GEORGE
R. PUSKAR, JEFFREY A. WEBER and
CARTER MCCLELLAND,

              Defendants,

   -and-

ISTAR FINANCIAL INC., a Maryland
corporation,

           Nominal Defendant.

X Civil Action No. 08 cv 3664 (RWS)



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/24/08

## [PROPOSED] ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE AND WITHOUT NOTICE

Having considered the request of Lee Arnold ("Plaintiff") voluntarily to dismiss this derivative action, the Court finds the following:

1.     Presently, the dismissal of this derivative action is in the best interests of iStar Financial Inc. ("iStar").

2.     The requested voluntary dismissal is not the product of a settlement between Plaintiff on the one hand and any other party on the other.

3.     Neither Plaintiff nor their counsel has sought or received any consideration for seeking this dismissal in any form whatsoever.

4. The requested voluntary dismissal is not the product of collusion between Plaintiff and their counsel on the one hand and defendants, individually or collectively, and their counsel on the other.

5. Under the applicable statutes of limitation, there is ample time for other shareholders to commence actions on the same or similar grounds as the underlying action.

6. Dismissal without notice is appropriate because dismissal will not prejudice the iStar or absent shareholders.

NOW THEREFORE, it is hereby ORDERED as follows:

Plaintiff request voluntarily to dismiss this derivative action without prejudice is GRANTED.

It is further ORDERED that Plaintiff is not required to notify iStar's shareholders concerning the voluntary dismissal of this derivative action.

DATED _11. 2-4. 05_

THE HONORABLE ROBERT W. SWEET
UNITED STATES DISTRICT JUDGE